UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re: 11 EAST 36TH, LLC,                    Chapter 11
        Debtor.                        Case No. 13-11506 (JMP)
------------------------------------------------------------------X
In re: MORGAN LOFTS, LLC,                    Chapter 11
        Debtor.                        Case No. 13-11507 (JMP)
------------------------------------------------------------------X (Jointly Administered)
11 EAST 36TH STREET, LLC

        Plaintiff,

                                                               Adv. Pro. No. 14-01819

    -Against-

FIRST CENTRAL SAVINGS BANK,
11 EAST 36TH NOTE BUYER LLC, and
MISSION CAPITAL ADVISORS LLC,

        Defendants.
------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                   ) ss.:
COUNTY OF NEW YORK  )

    YUNA SOHN, being duly sworn, deposes and says:

    I am not a party to the within action and am over eighteen (18) years of age and reside in New York, New York.

    On February 12, 2014, I served the SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING and VERIFIED COMPLAINT via first class mail by depositing a true copy under the exclusive care and custody of the United States Postal Services, address to each of the parties listed on below:

First Central Savings Bank                  11 East 36th Note Buyer, LLC
70 Glen Street                                        114 East 13th Street, FRNT 1
Glen Cove, NY 11542                         New York, NY 10003

Mission Capital Advisors, LLC
32 Avenue of the Americas
Floor 21, Suite 2100
New York, NY 10013

And a courtesy copy via hand delivery to
Honorable James M. Peck
United States Bankruptcy Judge – SDNY
One Bowling Green
New York, NY 10004-1408

    I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date:  New York, New York
       February 12, 2014                              /s/ *Yuna Sohn*
                                                      Yuna Sohn
                                                      Morrison Tenenbaum PLLC
                                                      87 Walker Street, Floor 2
Sworn to me before this                    New York, NY 10013
12th day of February 2014                Phone No.: (212) 620-0938

/s/ *Seohee Kong*
Seohee Kong
Notary Public, State of New York
Qualified in Kings County
No. 02KO6286583
Expires on 07/29/2017